Shon Conner WILLIAMS, Petitioner–Appellant,

v.

WARDEN FCI WILLIAMSBURG MED, Respondent–Appellee.

No. 14–7379.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 30, 2014.

Decided: Jan. 7, 2015.

Shon Conner Williams, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shon Conner Williams, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *See Williams v. Warden FCI Williamsburg Med*, No. 4:14–cv–00011–MGL (D.S.C. Sept. 5, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*